UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
GEORGE DAVID GREEN,                      CASE NO. 07-05915-TBB7
    Debtor(s)                            CHAPTER 7

DORAND DEVELOPMENT, LLC.      :
    Plaintiff,                     :
vs.                                :
                                   :    AP NO. 08-00067-TBB
GEORGE DAVID GREEN,            :
    Defendant.                     :

## ANSWER

Comes now Dorand Development, LLC (hereinafter "Plaintiff") by and through its undersigned counsel and answers the Defendant's Counterclaim as follows:

1. The Plaintiff ADMITS the allegations in paragraph one of the Defendant's Counterclaim.

2. The Plaintiff ADMITS the allegations in paragraph two of the Defendant's Counterclaim.

3. The Plaintiff ADMITS the allegations in paragraph three of the Defendant's Counterclaim.

4. The Plaintiff ADMITS the allegations in paragraph four of the Defendant's Counterclaim.

5. The Plaintiff ADMITS the allegations in paragraph five of the Defendant's Counterclaim.

6. The Plaintiff ADMITS the allegations in paragraph six of the Defendant's Counterclaim.

7. The Plaintiff ADMITS that Dorand had a fifty percent (50%) interest in Glenwood—The Bluffs, but DENIES all other allegations in paragraph seven of the Defendant's Counterclaim.

8. The Plaintiff ADMITS the allegations in paragraph eight of the Defendant's Counterclaim.

9. The Plaintiff ADMITS the allegations in paragraph nine of the Defendant's Counterclaim.

10. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph ten of the Defendant's Counterclaim.

11. The Plaintiff DENIES the allegations in paragraph eleven of the Defendant's Counterclaim and demands strict proof thereof.

12. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph twelve of the Defendant's Counterclaim.

13. The Plaintiff DENIES the allegations in paragraph thirteen of the Defendant's Counterclaim and demands strict proof thereof.

14. The Plaintiff DENIES the allegations in paragraph fourteen of the Defendant's Counterclaim and demands strict proof thereof.

15. The Plaintiff DENIES the allegations in paragraph fifteen of the Defendant's Counterclaim and demands strict proof thereof.

16. The Plaintiff DENIES the allegations in paragraph sixteen of the Defendant's Counterclaim and demands strict proof thereof.

17. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph seventeen of the Defendant's Counterclaim.

18. The Plaintiff DENIES the allegations in paragraph eighteen of the Defendant's Counterclaim and demands strict proof thereof.

19. The Plaintiff DENIES the allegations in paragraph nineteen of the Defendant's Counterclaim and demands strict proof thereof.

20. The Plaintiff DENIES the allegations in paragraph twenty of the Defendant's Counterclaim and demands strict proof thereof.

21. The Plaintiff DENIES the allegations in paragraph twenty-one of the Defendant's Counterclaim and demands strict proof thereof.

22. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph twenty-two of the Defendant's Counterclaim.

23. The Plaintiff DENIES the allegations in paragraph twenty-three of the Defendant's Counterclaim and demands strict proof thereof.

24. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph twenty-four of the Defendant's Counterclaim.

25. The Plaintiff DENIES the allegations in paragraph twenty-five of the Defendant's Counterclaim and demands strict proof thereof.

26. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph twenty-six of the Defendant's Counterclaim.

27. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph twenty-seven of the Defendant's Counterclaim.

28. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph twenty-eight of the Defendant's Counterclaim.

29. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph twenty-nine of the Defendant's Counterclaim.

30. The Plaintiff DENIES the allegations in paragraph thirty of the Defendant's Counterclaim and demands strict proof thereof.

31. The Plaintiff lacks sufficient knowledge to either admit or deny the allegations in paragraph thirty-one of the Defendant's Counterclaim.

Respectfully submitted this the 9th day of June 2008.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney for Plaintiff
Ingrum, Rice, & Parr, LLC
410 Second Avenue
Opelika AL 36801
Telephone Number (334) 745-3333
Facsimile Number (334) 745-3155
irp@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a true and exact copy of the foregoing **ANSWER**, to the Hon. Sam David Knight, attorney for Defendant, 600 University Park Place, Suite 100, Birmingham AL 35209 by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed on this the 9th day of June 2008.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney for Plaintiff
Ingrum, Rice, & Parr, LLC
410 Second Avenue
Opelika AL 36801
Telephone Number (334) 745-3333
Facsimile Number (334) 745-3155
irp@bellsouth.net