UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No:** 07-05915-TBB7 |
| George David Green | **Chapter** 7 |
| Debtor(s) | |

Dorand Development, LLC

    Plaintiff,

vs.                                                           **AP No:** 08-00067-TBB

George David Green,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Dorand Development, LLC and Defendant George David Green (collectively, the "Parties"), by and through their respective counsel, hereby file this Joint Stipulation of Dismissal and stipulate that all claims by and between the Parties be dismissed, with prejudice, with each party to bear their own costs.

                                        */s/ Sam David Knight*
                                        BRUCE L. GORDON (GOR 004)
                                        SAM DAVID KNIGHT (KNI 023)
                                        JOHN G. DANA (DAN 037)
                                        J. BRANNON MANER (MAN 053)
                                        Attorneys for Defendant George David Green

**OF COUNSEL:**
GORDON, DANA, STILL,
 KNIGHT & GILMORE, LLC
600 University Park Place
Suite 100
Birmingham, Alabama 35209
Telephone: (205) 874-7950
Facsimile: (205) 874-7960
bgordon@gattorney.com
sdknight@gattorney.com
jdana@gattorney.com
bmaner@gattorney.com

             */s/ Charles M. Ingrum, Jr.*
            Attorneys for Plaintiff
            Dorand Development, LLC

Charles M. Ingrum, Jr.
P.O. Box 229
Opelika, Alabama 36803-0142
Telephone: (334) 745-3333
Facsimile: (334) 745-3155
charlesingrumjr@bellsouth.net

James Houston Greer
Key, Greer, Frawley, Key & Harrison
PO Box 360345
Birmingham, Alabama 35236-0345
Telephone: (205) 987-2211
Facsimile: (205) 403-3491
jgreer@keygreer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

C. Taylor Crockett
P. O. Box 10526
Birmingham, Alabama 35202
Telephone: (205) 254-3500
taylor@taylorcrockett.com

I hereby certify that I have mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

NONE.

                                              */s/ Sam David Knight*
                                              OF COUNSEL

GDSKG: 2406-0002